United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-20966-amc
Joseph G. Zalit, 3rd                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Randi              Page 1 of 2           Date Rcvd: Jul 16, 2019
                              Form ID: 138NEW          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2019.
db         +Joseph G. Zalit, 3rd,    1231 Garden Avenue,    Allentown, PA 18103-8430
smg        +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
smg         City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg        +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg        +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg        +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
cr         +PNC Mortgage, A Division Of PNC Bank, NA,    3232 Newmark Dr,   Miamisburg, Oh 45342-5421
13247934   +4340 S. Monaco Street,    2nd Floor,    Denver, CO 80237-3485
13216208  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,     P.O. Box 982235,    El Paso, TX  79998-2235)
13216209    Cabelas WFB,    P.O. Box 82608,   Lincoln, NE  68501-2608
13234554   +FIA Card Services, N.A.,    655 Paper Mill Road,    Bewark DE 19711-7500
13216212   +Frederic Weinberg, Esquire,    1001 E. Hector Street, Ste 220,    Conshohocken, PA 19428-2395
13216215   +Jon Sirlin, Esquire,    123 S. Broad Street, Ste 2100,    Philadelphia, PA 19109-1042
13374343   +Michelle DeWald, Esquire,    1683 Broadhead Court,    P.O. Box 5101,    Bethlehem, PA 18015-0101
13215206   +PNC BANK,    PNC BANK NATIONAL ASSOCIATION,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13216216   +PNC Bank,    P.O. Box 3180,   Pittsburgh, PA 15230-3180
13216217   +PNC Bank Mortgage Services,    P.O. Box 1820,    Dayton, OH 45401-1820
13440315   +PNC Bank, National Association,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
             Philadelphia, PA 19106-1541
13243612   +PNC Mortgage,    a division of PNC Bank, N.A.,    3232 Newmark Drive,
             Miamisburg, Ohio 45342-5421
13216218   +Sears,    P.O. Box 6282,   Sioux Falls, SD 57117-6282
13216219   +WFFNB/Home Projects,    P.O. Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 17 2019 03:23:04
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 17 2019 03:23:14     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2019 03:21:10
             PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
13247935   +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 17 2019 03:20:39     CACH, LLC,
             4340 S. Monaco Street,    2nd Floor,   Denver, CO 80237-3485
13216210   +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 17 2019 03:20:10     Cach, LLC,
             4340 S. Monaco, 2nd Fl,    Denver, CO 80237-3485
13220097    E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 03:21:04     GE Capital Retail Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
13216213    E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 03:21:03     GE Capital Retail Bank,
             P.O. Box 965016,    Orlando, FL  32896-5016
13216214   +E-mail/PDF: gecsedi@recoverycorp.com Jul 17 2019 03:20:03     GECRB/Sams Club,
             P.O. Box 965005,    Orlando, FL 32896-5005
13669994    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2019 03:42:41
             Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
13242299    E-mail/Text: bnc-quantum@quantum3group.com Jul 17 2019 03:22:51
             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13219941    E-mail/PDF: rmscedi@recoverycorp.com Jul 17 2019 03:20:08
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
13342263    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 17 2019 03:20:04
             WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13216207     13-20966
cr*          GE Capital Retail Bank,    c/o Recovery Management Systems Corporat,
              25 SE 2nd Avenue, Suite 1120,    Miami, FL  33131-1605
13216211*  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: FIA Card Services,    P.O. Box 15019,    Wilmington, DE  19886-5019)
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-4          User: Randi              Page 2 of 2                   Date Rcvd: Jul 16, 2019
                              Form ID: 138NEW          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2019 at the address(es) listed below:
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC Bank, National Association
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MICHELLE  DEWALD    on behalf of Debtor Joseph G. Zalit, 3rd mdewald@rcn.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Joseph G. Zalit, 3rd
    Debtor(s)

Bankruptcy No: 13−20966−amc
Chapter: 13

___

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        400 Washington Street
        Suite 300
        Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 7/16/19

        49 − 48
        Form 138_new